IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TREVOR FITZGIBBON        ) | |
|                                    ) | |
|     Plaintiff,        ) | |
|                                    ) | |
| v.        ) | Case No. 3:19-cv-102-REP |
|                                    ) | |
| INSTITUTE FOR PUBLIC ACCURACY  ) | |
|                                    ) | |
|     Defendant.        ) | |

# **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Trevor Fitzgibbon, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby serves Notice of Voluntary Dismissal with prejudice of all claims stated in his complaint [*ECF No. 1*] against defendant, the Institute for Public Accuracy.


DATED:     May 2, 2019


Signature of Counsel on Next Page

TREVOR FITZGIBBON

By:   */s/ Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone:  (804) 501-8272
      Facsimile:  (202) 318-4098
      Email:  stevenbiss@earthlink.net

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By:   */s/Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone:  (804) 501-8272
      Facsimile:  (202) 318-4098
      Email:  stevenbiss@earthlink.net

*Counsel for the Plaintiff*